UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CYNTHIA WHITE, )
)
Plaintiff, )
)
v. ) No. 1:25-cv-01120-RLY-TAB
)
WALMART, INC., )
)
Defendant. )

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The law firm of John H. Haskin & Associates and its attorneys John H. Haskin and Matthew A. Smith (collectively "the Firm"), respectfully file this motion for leave to withdraw as counsel of record for Plaintiff Cynthia White. In support of this motion, the Firm states as follows:

1.      On April 8, 2025, Plaintiff retained the Firm to represent her in a cause of action against the Defendant.

2.      On May 9, 2025, the Firm filed the *Complaint and Demand for Jury Trial* on Plaintiff's behalf.

3.      The attorney-client relationship between Plaintiff and the Firm has suffered an irreconcilable and material breakdown. Undersigned counsel has an obligation to Plaintiff to keep confidential the specific facts and details that underlie this breakdown and need for this Motion. Undersigned counsel can and will further explain the grounds for this motion at an *in camera* hearing, if necessary and appropriate.

4.      This motion is filed pursuant to Local Rule 83-7(b) and Rule 1.16 of the Indiana Rules of Professional Conduct.

5. On November 25, 2025, and pursuant to Local Rule 83-7(b) the Firm notified Plaintiff, via email and phone of the Firm's intention to withdraw effective December 2, 2025, and the reasoning for the withdrawal. A redacted copy of the email is attached as Exhibit A.

6. Until such time that Plaintiff obtains new counsel, all pleadings, notices and correspondence can be served directly upon Plaintiff, Cynthia White, at 2801 Barbury Lane, Indianapolis, IN 46205. Plaintiff's current telephone number is (317) 960-8858. Plaintiff's email address is: Rhodes4883@outlook.com.

7. Undersigned counsel has notified Defendant's attorneys of the Firm's intent to file this motion.

WHEREFORE, the law firm of John H. Haskin & Associates and its attorneys John H. Haskin and Matthew A. Smith, respectfully request that this Court find this Motion has been made for good cause and GRANT the Motion so that the Appearances of John H. Haskin and Matthew A. Smith as counsel for Plaintiff are withdrawn on December 2, 2025.

Respectfully submitted,

*/s/ Matthew A. Smith*

John H. Haskin
Matthew A. Smith
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204-2131
Telephone: 317-955-9500
Facsimile: 317-955-2570
Email: jhaskin@jhaskinlaw.com
       msmith@jhaskinlaw.com

# **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 25th day of November 2025, via the Court's ECF/CMF electronic filing system to the following counsel of record:

Cheyna Galloway     cheyna.galloway@ogletreedeakins.com
Susan Zoeller     susan.zoeller@ogletreedeakins.com


*/s/ Matthew A. Smith*