**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION**

| | |
|---|---|
| **CYNTHIA WHITE** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) **CASE NO. 1:25-cv-01120-RLY-TAB** |
| **WALMART, INC.** | ) |
| | ) |
| | ) |
| **Defendant** | ) |

## <u>APPEARANCE OF COUNSEL</u>

To:     The clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Cynthia White.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
6425 E. Co. Rd. 600 S.
Plainfield IN 46168
(317) 501-6060
mark@waterfilllaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true, exact and authentic copy of the foregoing has been served upon all counsel of record by way of electronic service the same day as filing.

*/s/ Mark Waterfill*