UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CYNTHIA WHITE,                    )
                                  )
                Plaintiff,        )
                                  )
            v.                    )          No. 1:25-cv-01120-RLY-TAB
                                  )
WALMART, INC.,                    )
                                  )
                Defendant.        )

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 10 a.m. (Eastern Time) on April 10, 2026, before Magistrate Judge Tim A. Baker.** Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to address a discovery dispute. Counsel shall confer in advance of this conference in an effort to resolve or narrow the discovery disputes. The Court will not address any disputes at this conference that have not been fully vetted between counsel.

Date: 3/24/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email